IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL E. McKINZY, SR.,** | ) | **CONSOLIDATED CASES** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 09-0184-CV-W-GAF** |
| | ) | |
| **MISSOURI DIVISION OF CHILD** | ) | |
| **SUPPORT ENFORCEMENT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |
| **MICHAEL E. McKINZY, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 09-0189-CV-W-GAF** |
| | ) | |
| **DIRECTOR OF THE MISSOURI** | ) | |
| **DEPARTMENT OF REVENUE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On March 5, 2009, the United States District Court for the District of Kansas transferred the instant action to this Court. (Doc. #29). While pending in the District of Kansas, Magistrate Judge O'Hara issued an Order dated January 30, 2009 staying all deadlines to file responses or replies to pending motions until the Motion to Transfer was ruled on by the presiding District Judge. *Id.* Because the case has been transferred, it is

ORDERED that the stay on deadlines is lifted.

IT IS FURTHER ORDERED that, within 20 days from the date of this Order,

1. Plaintiff must file his reply to his Motion for Summary Judgment in Case No. 09-0184-CV-W-GAF;

2. Defendants Missouri Division of Child Support Enforcement,

Aaron Seamonds, the State of Missouri, Governor Matt Blunt, and Janel Luck must file their reply to their Motion to Dismiss in Case No. 09-0184-CV-W-GAF;

3. Defendants Missouri Division of Child Support Enforcement, Aaron Seamonds, the State of Missouri, Governor Matt Blunt, and Janel Luck must respond to Plaintiff's Motion to Amend his Complaint in Case No. 09-0184-CV-W-GAF; and

4. Defendants Director of the Missouri Department of Revenue, Governor Matt Blunt, and Missouri Department of Revenue must file their reply to their Motion to Dismiss in Case No. 09-0189-CV-W-GAF.

Parties shall follow the applicable Local Rules, including but not limited to L.R. 7.1 and 56.1, when filing their replies and responses.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: March 13, 2009